IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

UNITED STATES OF AMERICA

v.

Hassanbunhussein Abolore Lawal
    a/k/a Bellajannet28
    a/k/a Bellajannet30
    a/k/a Aliceconnor566
    a/k/a Lawal Hassan
    a/k/a Hassan Lawal

Case No. _____

**Filed Under Seal**

## ORDER TO SEAL

The Court has reviewed the United States' application for an order sealing the application for a Criminal Complaint, the affidavit in support of the same, the Arrest Warrant and the motion and this Order to Seal.   Based on the authorities cited in that request and the grounds provided in the request, the Court finds that the United States has shown good cause to seal these documents. *See* Baltimore Sun v. Goetz, 886 F. 2d 60 (4th Cir. 1988); Media General Operations, Inc. v. Buchanan, 417 F.3d 424 (4th Cir. 2005); In re Application of the United States for an Order Pursuant to 18 U.S.C. § 2703(d), 707 F.3d 283, 292-95 (4th Cir. 2013). Therefore,

**IT IS THERFORE ORDERED** that the application for a Criminal Complaint, the affidavit in support of the same, the arrest warrant, and the motion and this order be sealed to protect the integrity of the ongoing criminal investigation. **IT IS FURTHER ORDERED** that working copies of these documents shall be made available to the U.S. Attorney's Office, the FBI, and any law enforcement personnel participating in this investigation designated by the U.S. Attorney's Office. This Order shall remain in effect for one year unless otherwise ordered by the Court for good cause shown.

_____
Shiva V. Hodges
UNITED STATES MAGISTRATE JUDGE

August 11, 2023
Columbia, South Carolina