IN THE DISTRICT COURT OF THE UNITED STATES

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 0:23-850 |
| | ) | |
| vs. | ) | WAIVER OF DETENTION HEARING |
| | ) | |
| Hassanbunhussein Abolore Lawal | ) | |
| | ) | |

I, __Hassanbunhussein Abolore Lawal__, having been informed of the nature of the Indictment now pending against me, and having been advised of my right to a detention hearing before a United States Magistrate, do hereby waive my right to a detention hearing at this time, but reserve my right to petition the court at a later time.

_____
Defendant Name

Columbia, South Carolina

January 27, 2025

_____
Attorney for the Defendant