IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| United States of America | ) | Crim No.: 0:23-cr-850 |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| Hassanbunhussein Abolore Lawal, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Hassanbunhussein Abolore Lawal ("Defendant") has been indicted for involvement in child exploitation and child pornography production resulting in death in violation of 18 U.S.C. § 225. Pursuant to 18 U.S.C. § 3005, a defendant charged with such offense is entitled, upon request, to appointment by the court of two counsel, at least one of whom "shall be learned in the law applicable to capital cases." At Defendant's arraignment, the undersigned appointed the Federal Public Defender's Office for the District of South Carolina as counsel. Pursuant to CJA Plan § XIII.C.1.d., the Federal Public Defender William F. Nettles has consulted with Federal Death Penalty Resource Counsel and Capital Resource Counsel and recommended Josh Kendrick also be appointed as counsel in this case.

Pursuant to the *Guide to Judiciary Policy* Volume 7A, Chapter 6, § 620.30(b), "ordinarily, 'learned counsel' should have distinguished prior experience in the trial, appeal, or post-conviction review of federal death

penalty cases or distinguished prior experience in state death penalty trials, appeals, or post-conviction review that, in combination with co-counsel, will assure high quality representation." The undersigned has reviewed the curriculum vitae and capital case experience information of attorneys both within and outside the district who meet these qualifications.

Pursuant to 18 U.S.C. § 3005, in assigning counsel, the court is directed to consider the recommendation of the Federal Public Defender organization. After consultation with Mr. Nettles and his recommendation, the court appoints Joshua S. Kendrick as counsel for Defendant. Mr. Kendrick served as co-lead counsel in *United States v. Trevor Seward*, 4:20-cr-00512-DCC-1, which was tried before Judge Coggins and a jury and in a potential death penalty case that was tried in Florence, South Carolina, before Judge Sherri A. Lydon, *United States v. Dominique Brand*, 4:21-cr-00241-SAL-1. Most recently, Mr. Kendrick served as counsel in a potential death penalty case that was tried before Judge Lydon in 2024, *United States, v. Daqua Lameek Ritter*, 1:23-cr-24-SAL-1. Mr. Kendrick is an experienced federal court criminal practitioner and is familiar with the obligations of counsel in a capital case. Moreover, having recently handled potential capital cases, he is aware of the Department of Justice's Capital Case Section's procedures regarding authorizing death penalty prosecutions. Mr. Kendrick meets the qualifications for "learned counsel" as provided in this District's CJA Plan, § XIII.C.

The court further finds that this case presents the necessary "extraordinary circumstances" to allow for the waiver of the application requirement in Local Crim. Rule 57.I.03 (D.S.C.).

IT IS SO ORDERED.

January 28, 2025
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge