IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 0:23 cr 850 |
| | ) | 18 U.S.C. § 2 |
| v. | ) | 18 U.S.C. § 875(b) |
| | ) | 18 U.S.C. § 2251(a) |
| | ) | 18 U.S.C. § 2251(e) |
| **HASSANBUNHUSSEIN ABOLORE** | ) | 18 U.S.C. § 2252A(a)(2) |
| **LAWAL,** | ) | 18 U.S.C. § 2252A(b)(1) |
| a/k/a "Bellajannet28," | ) | 18 U.S.C. § 2253 |
| a/k/a "Bellajannet30," | ) | 18 U.S.C. § 2261A(2)(A) |
| a/k/a "Aliceconnor566," | ) | 18 U.S.C. § 2261A(2)(B) |
| a/k/a "Lawal Hassan," | ) | 18 U.S.C. § 2261(b) |
| a/k/a "Hassan Lawal," | ) | 18 U.S.C. § 2422(b) |
| ▮ | ) | 18 U.S.C. § 2428 |
| | ) | 18 U.S.C. § 981(a)(1)(C) |
| | ) | 28 U.S.C. § 2461(c) |
| | ) | |
| | ) | **SEALED INDICTMENT** |

RECEIVED OCT 24 2023 FLORENCE, S.C.

## COUNT 1
*(Child Exploitation / CP Production Resulting in Death and Aiding/Abetting)*

THE GRAND JURY CHARGES:

That from on or about July 26, 2022 through on or about July 27, 2022, in the District of South Carolina and elsewhere, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL,** a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal," ▮▮▮ did knowingly employ, use, persuade, induce, entice, and coerce a minor, namely Minor Victim 1, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and the visual depiction was produced using materials that have been mailed, shipped, and transported in and affecting interstate and foreign commerce by any means, including

by computer, and such visual depiction was actually transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, that conduct resulted in the death of a person (Minor Victim 1), and the Defendants did aid and abet each other in the commission of the aforementioned offense;

In violation of Title 18, United States Code, Sections 2251(a), 2251(e) and 2.

2

USCA4

## COUNT 2
*(CP Distribution and Aiding/Abetting)*

THE GRAND JURY FURTHER CHARGES:

That from on or about July 26, 2022 through on or about August 11, 2022, in the District of South Carolina and elsewhere, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL,** a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮ knowingly did distribute child pornography and materials that contained child pornography, as defined in Title 18, United States Code, Section 2256(8), that had been mailed, shipped, and transported in interstate and foreign commerce by any means, including by computer, and the Defendants did aid and abet each other in the commission of the aforementioned offense;

In violation of Title 18, United States Code, Sections 2252A(a)(2), 2252A(b)(1), and 2.

## COUNT 3
*(Coercion and Enticement of a Minor and Aiding/Abetting)*

THE GRAND JURY FURTHER CHARGES:

That from on or about July 26, 2022 through on or about July 27, 2022, in the District of South Carolina and elsewhere, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL,** a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ used a facility and means of interstate and foreign commerce to knowingly persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, to wit: 17 year old Minor Victim 1, to engage in sexual activity, which would constitute a criminal offense under Title 18, United States Code, Sections 2251(a) and 2251(e) (Production of Child Pornography), and the Defendants did aid and abet each other in the commission of the aforementioned offense;

In violation of Title 18, United States Code, Sections 2422(b) and 2.

4

COUNT 4
(*Cyberstalking Resulting in Death and Aiding/Abetting*)

THE GRAND JURY FURTHER CHARGES:

That from on or about July 26, 2022 through on or about August 11, 2022, in the District of South Carolina and elsewhere, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL,** a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal," ███████████████████████████████

████████ with the intent to kill, injure, harass, and intimidate Minor Victim 1 and family members of Minor Victim 1, used interactive computer services, electronic communication services, electronic communication systems of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed Minor Victim 1 and family members of Minor Victim 1 in reasonable fear of serious bodily injury and caused, attempted to cause, and the course of conduct would be reasonably expected to cause Minor Victim 1 and family members of Minor Victim 1 substantial emotional distress, and did cause the death of the victim, to-wit: the Defendants sent harassing messages to Minor Victim 1 and family members of Minor Victim 1 threatening to leak sexually explicit photographs of Minor Victim 1 and to ruin the public reputation of Minor Victim 1 and Minor Victim 1's family members unless victims complied with demands to provide money to the Defendants, which resulted in the death of Minor Victim 1, and the Defendants did aid and abet each other in the commission of the aforementioned offense;

In violation of Title 18, United States Code, Sections 2261A(2)(A), 2261A(2)(B), 2261(b) and 2.

USCA4

## COUNT 5
*(Interstate Threat with Intent to Extort and Aiding/Abetting)*

THE GRAND JURY FURTHER CHARGES:

That from on or about July 26, 2022 through on or about August 11, 2022, in the District of South Carolina and elsewhere, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL,** a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal," ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ did unlawfully, intentionally, knowingly and with the intent to extort from any person anything of value, transmit in interstate commerce any communication containing any threat to injure the person of another; to wit, the Defendants did send and cause to be sent messages to Minor Victim 1 and family members of Minor Victim 1 that threatened to harm and injure Minor Victim 1 and Minor Victim 1's family of unless money was provided to the Defendants, and the Defendants did aid and abet each other in the commission of the aforementioned offense;

In violation of Title 18, United States Code, Sections 875(b) and 2.

6

## FORFEITURE

SEXUAL EXPLOITATION OF CHILDREN:

Upon conviction for violations of Title 18, United States Code, Sections 2251(a) and 2252A(a)(2) as charged in this Indictment, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL, a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal,"** ▇▇▇ shall forfeit to the United States their interest in:

　i. any visual depiction described in section 2251, 2251A, 2252, 2252A, or 2260 of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

　ii. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

　iii. any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

INTERSTATE THREAT WITH INTENT TO EXTORT:

Upon convictions for violation of Title 18, United States Code, Section 875, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL, a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal,"** ▇▇▇ shall forfeit to the United States any property, real or personal, constituting, derived from or traceable to proceeds the Defendants obtained, directly or indirectly, as a result of such offense.

7

COERCION AND ENTICEMENT OF A MINOR:

Upon convictions for violation of Title 18, United States Code, Section 2422, as charged in this Indictment, the Defendants, **HASSANBUNHUSSEIN ABOLORE LAWAL,** a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal," ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ shall forfeit to the United States any property, real or personal, that was used or intended to be used, in any manner or part, to commit or to facilitate the commission of such offense, and any property, real or personal, which constitutes or is derived from any proceeds obtained, directly or indirectly, as a result of such offense.

PROPERTY:

Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 2253, and 2428, and 28 U.S.C. § 2461(c), the property which is subject to forfeiture upon convictions of the Defendants for the violations charged in this Indictment includes, but is not limited to, the following:

> Cash Proceeds / Forfeiture Judgment:
>
> A sum of money equal to all proceeds the Defendants obtained, directly or indirectly, from the offenses charged in this Indictment, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to their violations of Title 18.

SUBSTITUTE ASSETS:

If any of the property described above as being subject to forfeiture to the United States, as a result of any act or omission of the Defendants,

> (1) Cannot be located upon the exercise of due diligence;
> (2) Has been transferred or sold to, or deposited with a third party;
> (3) Has been placed beyond the jurisdiction of the Court;
> (4) Has been substantially diminished in value; or
> (5) Has been commingled with other property which cannot be subdivided without difficulty;

USCA4

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b)(1), [incorporating Title 21, United States Code, Section 853(p)], to seek forfeiture of any other property of the said Defendants up to the value of the above forfeitable property.

Pursuant to Title 18, United States Code, Sections 981(a)(1)(C), 2253, and 2428, and Title 28, United States Code, Section 2461(c).



A True Bill

FOREPERSON

ADAIR F. BOROUGHS
UNITED STATES ATTORNEY

By: _____
Elliott B. Daniels (Fed. ID #11931)
A. Lothrop Morris (Fed. ID #95044)
Assistant United States Attorneys
1441 Main Street, Suite 500
Columbia, South Carolina 29201
Tel.: 803-929-3000
Fax: 803-254-2912
Email: Elliott.Daniels@usdoj.gov

**U.S. v. HASSANBUNHUSSEIN ABOLORE LAWAL**, a/k/a "Bellajannet28," a/k/a "Bellajannet30," a/k/a "Aliceconnor566," a/k/a "Lawal Hassan," a/k/a "Hassan Lawal,"

**PENALTY SHEET**

### COUNT 1

**18 U.S.C §§ 2251(a) and 2251(e)** – Child Exploitation / Production of CP Resulting in Death

| | |
|---|---|
| Term of Imprisonment: | Mandatory minimum of 15 years and a maximum of 30 years; however, if the conduct results in the death of a person, the defendant shall be punished by death or imprisoned for not less than 30 years or for life. |
| Maximum Fine Amount: | $250,000 |
| Supervised Release: | Mandatory minimum of 5 years; maximum of lifetime |
| Mandatory Special Assessment: | $100 |
| Additional Special Assessment: | $5,000 |

In addition to the otherwise mandatory minimum of 15 years and statutory maximum of 30 years, if the defendant has one prior conviction as set forth in 18 U.S.C. § 2251(e), the defendant shall be fined under Title 18 and imprisoned for *not less than 25 years nor more than 50 years*.

In addition to the otherwise mandatory minimum of 15 years and statutory maximum of 30 years, if the defendant has two or more prior convictions as set forth in 18 U.S.C. § 2251(e), the defendant shall be fined under Title 18 and imprisoned for *not less than 35 years nor more than life*.

**18 U.S.C. § 2** – Aiding & Abetting

The same penalties as the substantive offense.

## COUNT 2

**18 U.S.C. §§ 2252A(a)(2) and (b)(1)** – Distribution of Child Pornography

| | |
|---|---|
| Term of Imprisonment: | Mandatory minimum of 5 years and a maximum of 20 years |
| Maximum Fine Amount: | $250,000 |
| Supervised Release: | Mandatory minimum of 5 Years; maximum of lifetime |
| Mandatory Special Assessment: | $100 |
| Additional Special Assessment: | $5,000 |

If the defendant has one prior conviction as set forth in 18 U.S.C. § 2251(e), the defendant shall be fined under Title 18 and imprisoned for *not less than 15 years nor more than 40 years*.

**18 U.S.C. § 2** – Aiding & Abetting

    The same penalties as the substantive offense.

## COUNT 3

**18 U.S.C § 2422(b)** – Coercion and Enticement of a Minor

| | |
|---|---|
| Term of Imprisonment: | Mandatory minimum of 10 Years; maximum of life |
| Maximum Fine Amount: | Up to $250,000 |
| Supervised Release: | Mandatory minimum of 5 Years; maximum of lifetime |
| Mandatory Special Assessment: | $100 |

In addition, 18 U.S.C. § 3559 provides for a mandatory term of imprisonment of Life following a conviction of certain "Federal sex offenses," which includes convictions under Section 2242, if the conviction is repeat sex offenses against children within the meaning of that statute.

**18 U.S.C. § 2** – Aiding & Abetting

    The same penalties as the substantive offense.

USCA4

## COUNT 4

**18 U.S.C § 2261A(2)** – Cyberstalking Resulting in Death

A maximum term of imprisonment as follow:

*If serious death to the victim results*, for life or any term of years.

plus a fine of $250,000, or both, a term of supervised release of not more than five (5) years, plus a special assessment of $100.

**18 U.S.C. § 2** – Aiding & Abetting

The same penalties as the substantive offense.

## COUNT 5

**18 U.S.C § 875(b)** – Interstate Threat with Intent to Extort

A maximum term of imprisonment of 20 years, a fine of $250,000 and a term of supervised release of not more than 3 years in addition to any term of imprisonment, plus a special assessment of $100.

**18 U.S.C. § 2** – Aiding & Abetting

The same penalties as the substantive offense.

###