# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 0:23-850 [MGL] |
| | ) | |
| -vs- | ) | |
| | ) | REQUEST FOR SCHEDULING |
| | ) | PROTECTION |
| HASSANBUNHUSSEIN ABOLORE LAWAL | ) | |

The undersigned counsel for the defendant respectfully requests protection from court appearances on the following dates in light of out of state travel:

- June 18, 2025 – June 23, 2025

Counsel has no scheduled court appearance during this time.

Respectfully submitted,

s/KATHERINE E. EVATT
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: (803) 765-5078
ATTORNEY ID# 7044
Email address: Kathy_Evatt@fd.org

Columbia, South Carolina
April 11, 2025