UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *Plaintiff,* v. **HASSANBUNHUSSEIN AOLORE LAWAL,** *Defendant.* | CRIMINAL ACTION NO. 0:23-CR-00850-MGL<br><br>**MOTION FOR CONTINUANCE** |

The Defendant respectfully requests the Court continue this matter for two terms of Court for the following reasons.

Defense counsel is reviewing the discovery and evaluating the evidence provided to date. Counsel have been made aware of additional discovery that will be provided in the near future. Based on this new discovery and counsel's schedule, it will take significant time to review this discovery. The case is factually and legally complex and the discovery is voluminous and consists of a large amount of electronic records and data. This new discovery should be critical to furthering counsel's investigation of the case and the requested time is appropriate.

Because counsel cannot effectively advise their client at this time, a continuance is appropriate under 18 U.S.C. § 3161(h)(7)(B)(i) ("...the failure to grant such a continuance in the proceedings would be likely to ... result in a miscarriage of justice") and (iv) ("... the failure to grant a continuance in a case ... would deny counsel for the defendant ... the reasonable time necessary for preparation, taking into account the exercise of due diligence...").

Counsel has discussed with Defendant the need for additional time in this case and Defendant does not object to this motion and its accompanying waiver of the Speedy Trial Act rights.

Counsel has discussed this matter with opposing counsel and the assigned AUSA consents to this request. Counsel respectfully requests this case be continued for two

terms of Court and, if appropriate, counsel and Defendant be excused from the pretrial conference scheduled for Tuesday, May 27, 2025.

                                      Respectfully Submitted,

**_s/ Katherine Evatt_**
Katherine E. Evatt (Fed ID 7044)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
1901 Assembly Street, Suite 200
Columbia, SC 29201
(803) 765-5070
Kathy_Evatt@FD.org

Joshua Snow Kendrick (Fed ID 9037)
KENDRICK & LEONARD, P.C.
506 Pettigru Street (29601)
P.O. Box 6938
Greenville, SC 29606
Tel: (864) 760-4000
Josh@KendrickLeonard.com

May 23, 2025
Greenville, South Carolina

I have reviewed the motion above with my attorney, discussed the continuance and its effect on my Speedy Trial Act rights, and understand this request waives my rights under that Act for the time period requested. I believe it is in my best interest to waive those rights at this time and I agree with this request.

_____
Hassanbunhussein Lawal