IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>HASSANBUNHUSSEIN ABOLORE LAWAL,<br>  a/k/a "Bellajannet28,"<br>  a/k/a "Bellajannet30,"<br>  a/k/a "Aliceconnor566,"<br>  a/k/a "Lawal Hassan,"<br>  a/k/a "Hassan Lawal," | CRIMINAL NO.: 0:23-cr-00850 |

### GOVERNMENT'S BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY

The United States provides the following Bill of Particulars regarding property alleged in the Indictment filed October 24, 2023, as also being subject to forfeiture to the United States.

NOTICE IS HEREBY GIVEN that upon conviction of the above Defendant for violations of 18 U.S.C. §§ 875, 2251(a), 2252A,(a)(2) or 2422 as charged in the Indictment, the United States intends to seek the forfeiture of any property, real or personal, constituting, used or intended to be used, derived from or traceable to proceeds the Defendant obtained directly or indirectly as a result of such offenses, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 2253, and 2428, and 28 U.S.C. § 2461(c). Such property includes, but is not limited to, the following:

1

Electronic Devices:

(1) Xiaomi Redmi, M2006C3LG cellular phone
    IMEI: 868640060445859

(2) iPhone 11PRO MAX cellular phone
    IMEI: 353924107296810

          Respectfully submitted,

          BRYAN P. STIRLING
          UNITED STATES ATTORNEY

BY:    s/Anne Hunter Young
       Anne Hunter Young (Fed. I.D. #7258)
       Assistant United States Attorney
       United States Attorney's Office
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201
       Telephone: (803) 929-3000

July 24, 2025