UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, *Plaintiff,* v. **HASSANBUNHUSSEIN AOLORE LAWAL**, *Defendant.* | CRIMINAL ACTION NO. 0:23-CR-00850-MGL **MOTION FOR CONTINUANCE** |

The Defendant respectfully requests the Court continue this matter to the next term of Court for the following reasons.

Defense counsel is in the process of discussing potential resolutions with the Government in this case and would like the opportunity to complete those discussions in an effort to save judicial resources. Additionally, defense counsel and the Government are working on a discovery issue and hope to resolve that issue without the Court's intervention. Until both of these tasks are completed, counsel is not in a position to properly advise their client on this case.

Because counsel cannot effectively advise their client at this time, a continuance is appropriate under 18 U.S.C. § 3161(h)(7)(B)(i) ("…the failure to grant such a continuance in the proceedings would be likely to … result in a miscarriage of justice") and (iv) ("… the failure to grant a continuance in a case … would deny counsel for the defendant … the reasonable time necessary for preparation, taking into account the exercise of due diligence…").

Counsel has previously discussed with Defendant the need for additional time in this case and believes Defendant will not object to this motion and its accompanying waiver of the Speedy Trial Act rights. Because of the timing of this motion and an impending storm in the Upstate, counsel is unable to get Defendant's signature on this motion but respectfully requests 10 days from the date of the pretrial conference to get Mr. Lawal's signature, should the Court be inclined to grant the motion without a hearing.

Counsel has discussed this matter with opposing counsel and the assigned AUSA consents to this request. Counsel respectfully requests this case be continued until the next term of Court and, if appropriate, counsel and Defendant be excused from the pretrial conference scheduled for Tuesday, January 27, 2026.

    Respectfully Submitted,

*s/ Joshua Snow Kendrick*
Joshua Snow Kendrick (Fed ID 9037)
KENDRICK & LEONARD, P.C.
506 Pettigru Street (29601)
P.O. Box 6938
Greenville, SC 29606
Tel: (864) 760-4000
Josh@KendrickLeonard.com

Katherine E. Evatt (Fed ID 7044)
OFFICE OF THE FEDERAL PUBLIC DEFENDER
1901 Assembly Street, Suite 200
Columbia, SC 29201
(803) 765-5070
Kathy_Evatt@FD.org

January 22, 2026
Greenville, South Carolina