IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 0:23-850 (MGL) |
| | ) | |
| -vs- | ) | CONSENT TO CONTINUANCE |
| | ) | |
| | ) | |
| HASSANBUNHUSSEIN AOLORE LAWAL | ) | |
| | ) | |

Defense counsel represents to the court that she has discussed this continuance with the defendant, and he consents. The defendant acknowledges that he understands that the time occasioned by this delay shall be excluded from consideration under 18 U.S.C. § 3161, et seq., The Speedy Trial Act.

_____
Hassanbunhussein Aolore Lawal

January 23, 2026