# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# ROCK HILL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO.: 0:23-850 (MGL) |
| | ) | |
| -vs- | ) | ORDER FOR CONTINUANCE |
| | ) | |
| HASSANBUNHUSSEIN ABOLORE LAWAL | ) ) ) | |

The court finds, based on the reasons set out in the defendant's motion for a continuance and based on the consent of the government, that a continuance of this case to the court's March 26, 2026, term is justified. The court finds that the ends of justice are best served by the granting of this continuance and outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS THEREFORE ORDERED** that the jury selection of this case is continued from the court's term scheduled for February 11, 2026, until this court's March 26, 2026 term, and that any delay is excusable under 18 U.S.C. §3161(h)(8)(A).

**IT IS SO ORDERED.**

    s/ Mary Geiger Lewis_____
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

Columbia, South Carolina

January 23, 2026.