IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

UNITED STATES OF AMERICA　　　　　)　　CRIMINAL ACTION NO.: 0:23-CR-850-MGL
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　v.　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　)
HASSAN BUNHUSSEIN ABOLORE　　　)
LAWAL　　　　　　　　　　　　　　　)

**CONTINUANCE ORDER**

This matter came before the Court at a pretrial conference hearing on July 21, 2026, where the defendant requested a continuance of this case for additional time to review discovery and negotiate a potential plea resolution, and in light of the Government needing to arrange for the transportation of witnesses from foreign countries, at least to include Nigeria, if a trial is scheduled. Defense counsel made the continuance request, the Defendant consented on the record to that request, and the Government consented to the request. The Government suggested the October term and the defendnat suggested a December term in light of the outstanding matters. The matter is continued to the term scheduled for December 2, 2026.

The Court finds that the continuance described above will allow the Defendant the necessary time to review discovery, engage in plea negotiations, which could avoid the need for a trial, and prepare for trial, if appropriate.

Therefore, the Court finds that this continuance is justified under the provisions of Title 18, United States Code, Section 3161(h)(7)(A) and the Court specifically finds, based on the entire record before it, that the ends of justice served by the granting of this continuance outweighs the interests of the public and the defendants in a speedy trial.

1

FOR ALL THE FOREGOING, it is ordered that the case of *United States v. Hassan Bunhussein Abolor Lawal,* Criminal No.: 0:23-cr-850, be continued until the Court's December 2, 2026, term of court and that all such period of delay is hereby excluded in computing the time within which trial must begin pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161, *et. seq.*

**IT IS SO ORDERED.**

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

July 23, 2026

Columbia, South Carolina.