**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**ROCK HILL DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **Cr. No. 0:23-850 [MGL]** |
| | ) | |
| | ) | |
| **-vs-** | ) | |
| | ) | **REQUEST FOR SCHEDULING** |
| | ) | **PROTECTION** |
| **HASSANBUNHUSSEIN ABOLORE LAWAL** | ) | |

The undersigned counsel for the defendant respectfully requests protection from court appearances on the following dates:

- October 1, 2026 – October 6, 2026 (annual leave)

Counsel has no scheduled court appearances during these times.

Respectfully submitted,

s/KATHERINE E. EVATT
Assistant Federal Public Defender
1901 Assembly Street, Suite 200
Columbia, South Carolina 29201
Telephone: (803) 765-5078
ATTORNEY ID# 7044
Email address: Kathy_Evatt@fd.org

Columbia, South Carolina
August 21, 2026